UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-23352-BLOOM/Otazo-Reyes

JASMINA FUENTES,
CAROLINA HENAO,
*and other similarly situated individuals*,

    Plaintiffs,

v.

COLOR FACTORY, INC., *et al.*,

    Defendants.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS COLOR FACTORY AND CARLOS SAMPAIO

**THIS CAUSE** is before the Court upon the parties' Stipulation for Dismissal with Prejudice, ECF No. [22] ("Stipulation"), filed on October 30, 2023. The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [22]**, is **APPROVED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 23-cv-23352-BLOOM/Otazo-Reyes

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 30, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:   Counsel of Record